[No. 16717–1–I. Division One. April 13, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. MARK WILLIAM MECKLENBURG, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84–1–02723–8, Robert E. Dixon, J., entered June 28, 1985. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Williams and Coleman, JJ.

[No. 17727–3–I. Division One. April 13, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT WILLIAM DORAN, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 85–1–00185–3, Marshall Forrest, J., entered February 10, 1985. *Affirmed* by unpublished opinion per Webster, J., concurred in by Swanson and Pekelis, JJ.

[No. 16285–3–I. Division One. April 13, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM LAWRENCE WALKER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–1–00073–7, Herbert M. Stephens, J., entered March 26, 1985. *Dismissed* by unpublished per curiam opinion.